# Court of Appeals
# of the State of Georgia

ATLANTA, November 21, 2013

*The Court of Appeals hereby passes the following order:*

## A14I0050. REGINALD COOPER v. GRADIENT HOLDINGS, LLC et al.

Gradient Holdings, LLC filed an equitable petition against Reginald Cooper and Wildew, LLC, seeking cancellation of a quitclaim deed, restoration of a tax deed, and a refund of an amount erroneously paid to redeem a tax deed. Cooper answered, filed multiple counterclaims, and filed a motion to join additional parties. Gradient Holdings filed a motion for summary judgment on Cooper's counterclaims. Wildew also filed a motion for summary judgment.

The trial court entered an order in which it: (1) granted in part and denied in part Gradient Holdings' motion for summary judgment on Cooper's counterclaims; (2) granted Wildew's motion for summary judgment; and (3) denied Cooper's motion to join parties. Cooper filed this application for interlocutory appeal, arguing, inter alia, that the trial court erred in granting summary judgment to Wildew.

Under OCGA § 9-11-56 (h), the grant of summary judgment on any issue or as to any party is reviewable by direct appeal. *City of Demorest v. Town of Mt. Airy*, 282 Ga. 653, 654 n.1 (653 SE2d 43) (2007); *Whiddon v. Stargell*, 192 Ga. App. 826, 827-28 (386 SE2d 884) (1989). We will grant a timely application for interlocutory appeal if the order complained of is subject to direct appeal and the applicants have not otherwise filed a timely notice of appeal. *Spivey v. Hembree*, 268 Ga. App. 485, 486 n. 1 (602 SE2d 246) (2004). Accordingly, this interlocutory application is hereby GRANTED. Cooper shall have ten days from the date of this order to file a notice of appeal in the trial court. If he has already filed a notice of appeal from the order at issue here, he need not file a second notice. The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 11/21/2013

  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*